**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-1810**

_____

JAMAAL GITTENS,

Plaintiff - Appellant,

v.

TRIPP HELMS; STEVEN HIGDON; CHELSEY WILSON,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Kenneth D. Bell, District Judge.  (3:25-cv-00407-KDB-DCK)

_____

Submitted:  October 30, 2025                    Decided:  November 4, 2025

_____

Before RUSHING and BENJAMIN, Circuit Judges, and KEENAN, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Jamaal Gittens, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jamaal Gittens appeals the district court's order dismissing his 42 U.S.C. § 1983 complaint under 28 U.S.C. § 1915(e)(2)(B).  We have reviewed the record and conclude that the district court properly dismissed the complaint upon finding that the defendants were entitled to judicial immunity and prosecutorial immunity.  *See* 28 U.S.C. § 1915(e)(2)(B)(iii).  Accordingly, we affirm the district court's order.  *Gittens v. Helms*, No. 3:25-cv-00407-KDB-DCK (W.D.N.C. July 1, 2025).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2